**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKOL LOCKETT, individually, and on behalf of all others similarly situated, | Case No.: 2:22-cv-04730-MEMF (MARx) |
| *Plaintiff*, | |
| vs. | **ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT AND RESPONSE [ECF NO. 12]** |
| OTO DEVELOPMENT, LLC; and DOES 1 through 10, inclusive, | |
| *Defendants*. | |

/ / /

/ / /

The Court, having considered the parties' Joint Stipulation of Plaintiff and Defendant, and **good cause appearing**, it is hereby ordered that:

1. Plaintiff may file the First Amended Complaint ("FAC") adding a ninth cause of action for PAGA.

2. Defendant has thirty (30) days to file a responsive pleading to Plaintiff's FAC.

**IT IS SO ORDERED.**

Dated: January 18, 2023

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge