JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKOL LOCKETT, individually, and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br>    v.<br><br>OTO DEVELOPMENT, LLC; and DOES 1 through 10, inclusive,<br><br>                  Defendants. | Case No.:  2:22-cv-04730-MEMF-MAR<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND REMOVED ACTION FOR PURPOSES OF SEEKING SETTLEMENT APPROVAL AND GRANTING JOINT STIPULATION TO VACATE PENDING DEADLINES [ECF NOS. 29, 30]** |

      On September 22, 2023, the parties filed a Joint Stipulation to Remand Removed Action for Purposes of Seeking Settlement Approval, ECF No. 30 ("Joint Stipulation to Remand" or "Joint Stip. Remand"). The same day, the parties also filed a Joint Notice of Settlement of Request to Vacate Pending Deadlines, ECF No. 29 ("Joint Stipulation to Vacate" or "Joint Stip. Vacate").

      In the Joint Stipulation to Remand, the parties state that they are currently preparing to settle the present action for a settlement of less than $5 million. Joint Stip. Remand at 1. The parties further agree to remand the present action to the Superior Court for the State of California for the County of Los Angeles for settlement purposes (*Id.*) but, if the settlement state court does not

1

approve the settlement agreement, the parties agree to remove the action back to this Court and not further contest this Court's jurisdiction (*Id.* at 1–2).

The Court, having reviewed the Joint Stipulation to Remand and the Joint Stipulation to Vacate and finding good cause therefor, hereby ORDERS as follows:

1. The present action is remanded to the Superior Court for the State of California for the County of Los Angeles, where the action was first filed, for purposes of seeking settlement approval;
2. If the Superior Court for the State of California for the County of Los Angeles does not approve the settlement, a judgment is not entered by the state court, or either party withdraws from the settlement, the parties may file a stipulated removal; and
3. All hearings and future dates are VACATED.

IT IS SO ORDERED.

Dated: October 4, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge